UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYSON NATHANIEL WATSON,

    Plaintiff,

v.                                        Case No. 3:24-cv-505-TJC-SJH

C.A. CAMPOS,

    Defendant.
_____

## ORDER

Plaintiff's Motion for Leave to File Amended Complaint (Doc. 14), and Motion to Extend Complaint's Page Limit (Doc. 15) are **GRANTED**, and the Amended Complaint (Doc. 14-1) is **ACCEPTED as filed**.

The **Clerk** is directed to file the Amended Complaint (Doc. 14-1) as of the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of November, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 11/4
c:
Tyson Nathaniel Watson, #195947
Counsel of Record