UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYSON NATHANIEL WATSON,
    Plaintiff,

v().   Case No. 3:24-cv-505-TJC-SJH

C. CAMPOS,
    Defendant.
_____/

## NOTICE OF SETTLEMENT

**Defendant Campos** provides notice, through undersigned counsel, that Settlement has been reached in this case, and the documentation is currently being worked on. The parties require thirty (30) days to complete the required settlement documentation. Once the documentation is completed and the terms of the settlement are fulfilled, the Parties will file a Joint Stipulation for Voluntary Dismissal with Prejudice of Plaintiff's claims.

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

/s/ Daniel Palardy
Daniel Palardy, Esq.
Senior Assistant Attorney General
Florida Bar No.: 1040666
Office of the Attorney General
1300 Riverplace Blvd. Suite 405

1

>Jacksonville, Florida 32207
>Telephone: (904) 456-6484
>Daniel.Palary@myfloridalegal.com
>*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on June 6, 2025 a true and correct copy of the foregoing *Notice of Settlement* was electronically filed with the Clerk of Court using CM/ECF, and furnished by U. S. Mail to: Tyson Watson, DC# 195947, Suwannee Correctional Institution, 5964 U.S. Highway 90, Live Oak, Florida 32060.

>/s/ Daniel Palardy
>Daniel Palardy, Esq.