UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Provided to Suwannee
Correctional Institution on

JUN 03 2025

for mailing, by *LW*

TYSON N. WATSON,
Plaintiff,

v.                    Case No.: 3:24-cv-505-TJC-SJH

CARLOS A. CAMPOS,
Defendant.

## PLAINTIFF'S MOTION TO SUPPLEMENT HIS MOTION TO AMEND COMPLAINT

COMES NOW, Plaintiff Tyson N. Watson, pro se, and pursuant to Rule 15 (d), Fed. R. Civ. P., to ask this Court for leave to supplement his motion to amend complaint and to supplement his amended complaint, and in support states the following:

1. On May 12, 2025 Plaintiff mailed this Court his motion to amend his civil rights complaint **before** he received in the mail notice that Mr. Daniel Palardy mailed to Plaintiff on May 9, 2025, that he discovered an additional (6) state cases that were not listed in the complaint.

2. Plaintiff filed the (6) additional state cases up to 17 years ago, and all have been closed.

1  of  3

3.  Due to traumatic brain injury Plaintiff was unable to recall all of the over 60 cases he previously filed in state and federal courts, though he asked, to no avail, each state court to provide him a list of prior cases he filed in their respective court.

4.  Plaintiff's failure to disclose these cases was not to abuse the judicial process or to be intentionally dishonest or deceptive, and supplementing his amended complaint to disclose all his additional cases not previously disclosed will not prejudice Defendant.

5.  WHEREFORE, Plaintiff asks, in good-faith, for leave to disclose the previously undisclosed cases in his amended complaint, by supplement, which he became aware of after receiving Mr. Palardy's notice of them, after May 12, 2025.  See, Rule 15(d), Fed. R. Civ. P.

Respectfully submitted this 3rd. day of June 2025.

Tyson N. Watson

/s/

Mr. Tyson N. Watson, DC.# 195947
Suwannee Correctional Institution
5964 U.S. Highway 90
Live Oak, Florida  32060-8694

Plaintiff, Pro Se

2  of  3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been hand-delivered to prison staff for mailing, via U.S. Mail, to:

Office of the Attorney General
Mr. Daniel Palardy, Senior Assistant Attorney General
1300 Riverplace Boulevard
Suite #405
Jacksonville, Florida 32207,

this ___29th___ day of May 2025.

_Tyra N. Watson_
/s/
PLAINTIFF, PRO SE

3 of 3