UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Provided to Suwannee Correctional Institution on JUN 03 2025 for mailing, by ZW

TYSON N. WATSON,
 Plaintiff,

v.          Case No.: 3:24-cv-505-TJC-SJH

CARLOS A. CAMPOS,
 Defendant.

## PLAINTIFF'S SUPPLEMENT TO HIS AMENDED CIVIL RIGHTS COMPLAINT

COMES NOW, Plaintiff Tyson N. Watson, pro se, and pursuant to Rule 15(d), Fed. R. Civ. P., to supplement his Amended Civil Rights Complaint that he hand-delivered to prison staff on May 12, 2025 for mailing via U.S. Mail, to list (6) previously undisclosed prior state cases, as listed below, to Section VIII. Previous Lawsuits:

1. Watson v. Florida, Case No. 4D2008-1143, filed on March 14, 2008 in the Fourth District Court of Appeal, Florida.
2. Watson v. Florida, Case No. 4D2014-3214, filed on August 11, 2014 in the Fourth District Court of Appeal, Florida.
3. Watson v. Jones, Case No. 1D2015-2119, filed on May 8, 2015 in the First District Court of Appeal, Florida.

4. Watson v. Florida, Case No. 4D2017-1444, filed on May 15, 2017 in the Fourth District Court of Appeal, Florida.

5. Watson v. Florida, Case No. 4D2021-1338, filed on April 14, 2021 in the Fourth District Court of Appeal, Florida.

6. Watson v. Florida Dep't of Corrections, Case No. 2024CA1240, filed on July 22, 2024 in the Leon County's Judicial Circuit Court, FL.

7. Plaintiff incorporates by reference the (4) state cases cited in amended complaint (mailed: 5/12/25).

Plaintiff does not remember, nor has the means to discover, the name of the judge, the nature of the case, and the date and basis of disposition of each of the (6) Florida state cases listed above;

Respectfully submitted this 3rd day of June 2025.

Tyson N. Watson
/s/
Mr. Tyson N. Watson, D.C.#195947
Suwannee Correctional Institution
5964 U.S. Highway 90
Live Oak, Florida 32060-8694

Plaintiff, Pro Se

## LOCAL RULE 3.01(g) CERTIFICATION

I HEREBY CERTIFY that I have diligently attempted to confer by written letter to Mr. Daniel Palardy, Sr. AAG, on May 1, 2025 but have not been contacted by him in over three days regarding Defendant's position on me disclosing in amended complaint undisclosed previous cases.

2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been hand-delivered to prison staff for mailing, via U.S. Mail, to:

Office of the Attorney General
Mr. Daniel Palardy, Senior Assistant Attorney General
1300 Riverplace Boulevard
Suite #405
Jacksonville, Florida 32207,

this 29th day of May 2025.

/s/ Tyron R. Watsants

PLAINTIFF, PRO SE

3 of 3